```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
HENRY TUCKER,

                Plaintiff,        22-cv-2186 (JGK)

    - against -                   ORDER

A. MARINE, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for **May 12, 2022** at **12:30 p.m.** is canceled. The parties should submit a Rule 26(f) report by **June 20, 2022**.

SO ORDERED.

Dated:    New York, New York
            May 5, 2022

                                          _____
                                              John G. Koeltl
                                          **United States District Judge**